A. LOUIS DORNY (SBN: 212054)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: ldorny@gordonrees.com

Attorneys for Defendants PROFESSIONAL BUREAU OF COLLECTIONS, INC. and PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ALAN MONTEGNA, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PROFESSIONAL BUREAU OF COLLECTIONS, INC. a California Corporation; PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., a Maryland Corporation,<br><br>Defendants. | CASE NO. 13-CV-0314-JLS (DHB)<br><br>Judge: Janis L. Sammartino<br>Courtroom: 4A<br><br>Action filed: February 7, 2013<br><br>**DEFENDANTS PROFESSIONAL BUREAU OF COLLECTIONS, INC. and PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.'s NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[F.R.CIV.P. 12(B)(6)]<br><br>**Date: June 21, 2013**<br>**Time: 1:30 p.m.**<br>**Courtroom: 4A** |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 21, 2013 at 1:30 p.m., or as soon thereafter as the matter may be heard in courtroom 4A of the above-named Court, the Honorable Janis L. Sammartino presiding, Defendants PROFESSIONAL BUREAU

-1-

**DEFENDANTS PROFESSIONAL BUREAU OF COLLECTIONS, INC. and PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC. NOTICE OF MOTION TO DISMISS**

OF COLLECTIONS, INC. and PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC. (collectively, "PBCM") will and does move the Court for an order dismissing Plaintiff's complaint ("Complaint") without leave to amend pursuant to Federal Rule of Civil Procedure 12(b)(6).

The motion is made on the ground that plaintiff Gregory Montegna has failed to state a claim under California Penal Code section 632. The call recording that is the subject of this action, which is attached to this motion, reflects that the recording was not of a "confidential communication" within the meaning of section 632. Additionally, even if the communication confidential, PBCM complied with section 632 by advising Plaintiff at the outset of the call that it was being recorded. Thus, PBCM did not violate section 632 as a matter of law.

This Notice of Motion and Motion are based on the Memorandum of Points and Authorities, the Request for Judicial Notice, the Declaration of Julie Hill, the Declaration of A. Louis Dorny, PBCM's Notice of Lodging, any argument of counsel at the hearing on this motion, and all matters of which the Court may or must take judicial notice.

Respectfully submitted,

Dated: May 2, 2013

GORDON & REES LLP

By: _____
A. Louis Dorny
Attorneys for Defendants
PROFESSIONAL BUREAU OF COLLECTIONS, INC. and
PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.